**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLACKHAWK SCHOOL DISTRICT, a local government entity, | CIVIL ACTION |
| Plaintiff, | Case No.: 2:23-cv-00500-CB |
| v. | The Hon. Cathy Bissoon |
| NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, | *Electronically Filed and Served via CM/ECF* |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

Respectfully Submitted,

**DILLON MCCANDLESS KING**
**COULTER & GRAHAM, LLP**

By: /s/ Jordan P. Shuber
    Jordan P. Shuber
    PA. I.D. No. 317823
    128 West Cunningham St.
    Butler, PA 16001
    jshuber@dmkcg.com

*Counsel for Plaintiff*